Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN KENTA PIERCE,<br><br>Defendant. | Case No. 6:19-MJ-0011-JDP<br><br>**MOTION TO DISMISS; AND ORDER THEREON** |

      The parties having entered into a Deferred Prosecution Agreement, the United States hereby moves the Court for an order of dismissal without prejudice pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of the Court endorsed hereon.

Dated: February 11, 2019         /S/ Susan St. Vincent
                                            Susan St. Vincent
                                            Legal Officer
                                            Yosemite National Park

1

**<u>ORDER</u>**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that the above referenced matter, *United States v. Pierce 6:19-MJ-0011-JDP*, be dismissed without prejudice.

IT IS SO ORDERED.

Dated: __February 12, 2019__         _____
UNITED STATES MAGISTRATE JUDGE